IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDALL HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 01-C-0466-S |
| ) | |
| COMMISSIONER MICHAEL HALEY, ) | |
| WARDEN MITCHEM, DEPUTY WARDEN ) | |
| BULLARD, CAPTAIN M. ESPY, CAPTAIN W. ) | |
| MYERS, LIEUTENANT G. MARTIN, ) | |
| SERGEANT CAGIL, OFFICER S. ANDERSON, ) | |
| OFFICER GIVENS, OFFICER C. BLUE, ) | |
| and ALL MAINTENANCE PERSONNEL, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on March 14, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on March 26, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this _____ day of _March_____, 2001.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE